SARATOGA VICTORIA SPRING, INC., Respondent, v. THE
STATE OF NEW YORK, Appellant.

*Saratoga Victoria Spring, Inc.*, v. *State of N. Y.*, 171 App. Div.
– –, appeal dismissed.
(Argued February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the third
judicial department, entered September 14, 1915, affirm-
ing a determination of the Board of Claims.

The motion was made upon the grounds that the order
was not appealable as of right to the Court of Appeals;
that permission to appeal had not been obtained; that the
appeal was frivolous, and that no question was involved
that the Court of Appeals had jurisdiction to review.

*Nash Rockwood* for motion.

*Charles C. Lester* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

GEORGE C. VAN TUYL, JR., as Superintendent of Banks
of the State of New York, Respondent, v. CHARLES
M. SCHWAB et al., Appellants, Impleaded with Others.

*Van Tuyl* v. *Schwab*, 171 App. Div. —, appeal dismissed.
(Argued February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered November 5, 1915, which
affirmed an order of Special Term overruling a demurrer
to the reply in an action against stockholders of an insol-
vent trust company to enforce their statutory liability.

The motion was made upon the ground that the order

of the Appellate Division was an intermediate order and not appealable to the Court of Appeals.

*Joseph A. Kellogg* for motion.

*Donald C. Strachan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.